S. LANE TUCKER
United States Attorney

JAMES KLUGMAN
KAREN VANDERGAW
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: james.klugman@usdoj.gov
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>TYLER ARTHUR DESANTIS,<br><br>            Defendant. | No. 3:23-cr-00055-SLG-KFR<br><br>COUNT 1:<br>POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A)<br><br>COUNT 2:<br>POSSESSION OF FIREARMS DURING A DRUG TRAFFICKING CRIME<br>  Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>CRIMINAL FORFEITURE ALLEGATION 1:<br>  21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a)<br><br>CRIMINAL FORFEITURE ALLEGATION 2:<br>  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about April 24, 2023, within the District of Alaska, the defendant, TYLER ARTHUR DESANTIS, knowingly and intentionally possessed a controlled substance with intent to distribute, to wit: 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

## COUNT 2

On or about April 24, 2023, within the District of Alaska, the defendant, TYLER ARTHUR DESANTIS, knowingly carried and possessed firearms during, in furtherance of, and in relation to the drug trafficking crime charged in Count 1, to wit: a .22 caliber Ruger rifle and a 9mm Sig Sauer pistol.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 21 U.S.C. § 841 set forth in Count 1 of this Indictment, the defendant, TYLER ARTHUR DESANTIS, shall forfeit to the United States any property constituting or derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses,

including but not limited to:

- Ruger .22 caliber rifle, serial number 24073098;
- Sig Sauer 9mm pistol, serial number 66A276506;
- Associated ammunition and magazines; and
- Approximately $1,772 in U.S. Currency.

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. Rule 32.2(a).

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c) set forth in Count 2 of this Indictment, the defendant, TYLER ARTHUR DESANTIS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to:

- Ruger 10/22, .22 caliber rifle, serial number 24073098;
- Sig Sauer P365, 9mm pistol, serial number 66A276506; and
- Associated ammunition and magazines.

//
//
//

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

DATE: June 20, 2023